IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 01-cr-00113-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Eduardo RAMOS-MODESTO,

        Defendant.

_____

**ORDER QUASHING WARRANT AND VACATING PETITIONS FOR THE ISSUANCE OF ARREST WARRANT BECAUSE OF VIOLATIONS OF SUPERVISED RELEASE**
_____

        THIS MATTER comes to the attention of the Court upon request by probation officer to dismiss supervised release violation proceedings in this case. The United States Marshals Service has conducted an extensive investigation which reflects that the defendant has not illegally returned to the United States. The Court, having been advised in the facts and premises of the above case, hereby

        ORDERS that the petitions for violation of supervised release, dated the 8th day of November, 2006, and the 12th day of September 2006, are hereby dismissed and the supervised release warrant is quashed.

        DATED this 23rd day of April, 2012.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge